STATE EX REL. J. L. STONE v. A. E. MacQUARRIE.[1]

December 24, 1925.

No. 24,984.

**Case followed.**

Upon the relation of J. L. Stone the district court for Hennepin county granted its writ of mandamus directed to respondent MacQuarrie commanding her to readmit Jane Stone to the Jefferson Junior High School. The matter was heard by Leary, J., who ordered that the alternative writ of mandamus be dismissed. Plaintiff appealed from an order denying his motion for a new trial. Affirmed.

*Malmberg & Nelson,* for appellant.

*Neil M. Cronin* and *Thomas B. Kilbride,* for respondents.


PER CURIAM.

This case involves facts similar to those in the case of State ex rel. Stone v. Probst, supra, page 361. It relates, however to another child of plaintiff who was afflicted with a sore throat at the same time as the one involved in the other case, but defendant in this case being a principal of a different school. Upon authority of the opinion in that case, the order herein is affirmed.

Affirmed.

[1]Reported in 206 N. W. 645.